PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Middle District of Alabama

UNITED STATES OF AMERICA

v.

Antonio Herman McClure

Crim. No.   2:03CR239-001-MHT   (WO)

On   April 20, 2004   the above named was placed on probation/supervised release for a period of   five   years.  The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision.  It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

/s/ DeAndre L. Meadows
*U.S. Probation Officer*

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   25th   day of   January  , 20 16  .

/s/ Myron H. Thompson
*United States District Judge*