IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:03cr239-MHT
                            )            (WO)
ANTONIO HERMAN MCCLURE      )
```

ORDER

It is ORDERED that the petitions for early termination of supervised release (doc. nos. 54 & 56) are granted.

This case is closed.

DONE, this the 25th day of January, 2016.

                                          /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**